Cory: Grant
c/o P.O. Box 823
Millbrae, California [94030]

Plaintiff, self-standing.
I do not waive any rights,
remedies, or defenses, which
are statutory or procedural.

FILED
JUL 28 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#5

United States District Court
For the Northern District of California

| | |
|---|---|
| Cory: Grant<br><br>    Plaintiff,<br>vs.<br><br>1. Sheri Snuffer,<br>2. Brandon Snuffer,<br>3. Robins Realty Group,<br>4. Tamie Brown,<br>5. Richard Mario,<br>6. Buckley Law, P.C.<br>7. and Does 1-100.<br><br>    Defendants. | Case Number:<br><br>C 22 04356 NC<br><br>Complaint for:<br>1. Violation of the American with Disabilities Act of 1990, hereinafter A.D.A.,<br>2. Violation of the Federal Fair Debt Collection Practices Act, hereinafter F.D.C.P.A.,<br>3. Violation of the Internal Revenue Codes § 1691 and other codes,<br>4. Violation of the Foreign Agents Registration Act,<br>5. Unjust Enrichment,<br>6. Violation of the Implied Duty of Good Faith and Fair Dealing: Metcalf, 742 F.3d at 993 and other case laws and codes,<br>7. Title 42: USC Section 1986: Knowledge & Stop-Correct-Wrongs,<br>8. FRCP Section 9B: Fraud by a Confession,<br>9. FRCP Section 26E: Closure,<br>10. Title 18: USC Section 4001 & Section 4002: Fictional Communications,<br>11. Title 15: USC Section 1692E: Fraud and Misleading Statements,<br>12. Title 15: USC Section 78ff: Penalty: $25 Million,<br>13. Title 42: USC Section 1985-1: Conspiracy-Civil,<br>14. Title 42: USC Section 1985-2: Obstruction-Evidence & Witness, |

) 15. Title 42: USC Section 1985-3: Depriving-
) Evidence & Witness,
) 16. Title 18: USC Section 1961: R.I.C.O.,
) 17. Title 18: USC Section 242: Coloring of the
) Laws, Ailing,
) 18. Title 18: USC Section 241: Criminal-
) Conspiracy and Tort,
) 19. Title 18: USC Section 3: Criminal-
) Participation-Knowledge,
) 20. Title 42: USC Section 1983: Personal-
) Damages
) 21. Title 18: USC Section 1512: Obstruction of
) the Law,
) 22. Violation of the Title 8 U.S.C. Sections
) 1182, 1227, 1229 for Moral Turpitude,
) 23. Identity Theft,
) 24. Trespassing,
) 25. Violation of the Consumer Protection Act

Claim for a Jury-Trial. Also stated as a Demand for a Jury-Trial. Plaintiff reserves the right to amend this complaint.

For the Honorable Court and all the Parties and their Attorneys of Record:

**1.** Come Now the Plaintiffs: Cory: Grant makes the complaint against the Defendants:

1. Sheri Snuffer,
2. Brandon Snuffer,
3. Robins Realty Group,
4. Tamie Brown,
5. Richard Mario,
6. Buckley Law, P.C.
7. and Does 1-100.

**2.** This complaint are brought by Plaintiffs against the Defendants for following causes of action. The Plaintiffs seek monetary, declaratory, and injunctive relief. All of the Defendants are liable for all of the following causes of actions.

1. Violation of the American with Disabilities Act of 1990, hereinafter A.D.A.,
2. Violation of the Federal Fair Debt Collection Practices Act, hereinafter F.D.C.P.A.,
3. Violation of the Internal Revenue Codes § 1691 and other codes,
4. Violation of the Foreign Agents Registration Act,
5. Unjust Enrichment,
6. Violation of the Implied Duty of Good Faith and Fair Dealing: Metcalf, 742 F.3d at 993 and other case laws and codes,
7. Title 42: USC Section 1986: Knowledge & Stop-Correct-Wrongs,
8. FRCP Section 9B: Fraud by a Confession,
9. FRCP Section 26E: Closure,
10. Title 18: USC Section 4001 & Section 4002: Fictional Communications,
11. Title 15: USC Section 1692E: Fraud and Misleading Statements,
12. Title 15: USC Section 78ff: Penalty: $25 Million,
13. Title 42: USC Section 1985-1: Conspiracy-Civil,
14. Title 42: USC Section 1985-2: Obstruction-Evidence & Witness,
15. Title 42: USC Section 1985-3: Depriving-Evidence & Witness,
16. Title 18: USC Section 1961: R.I.C.O.,
17. Title 18: USC Section 242: Coloring of the Laws, Ailing,
18. Title 18: USC Section 241: Criminal-Conspiracy and Tort,

19. Title 18: USC Section 3: Criminal-Participation-Knowledge,

20. Title 42: USC Section 1983: Personal-Damages

21. Title 18: USC Section 1512: Obstruction of the Law,

22. Violation of the Title 8 U.S.C. Sections 1182, 1227, 1229 for Moral Turpitude,

23. Identity Theft,

24. Trespassing,

25. Violation of the Consumer Protection Act.

The Statement of Facts, Causes of Actions, and the Memorandum of Points and Authorities.

3. The Plaintiff are not schooled with the law. The Plaintiffs demand that their status be recognized and treated by the Court as The United States Supreme Court, and U.S. District Courts have held such status be recognized and treated. Quote: A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers, un-quote. Haines v. Kerner, 404 U.S. 519, 520-21, 92 S. Ct. 594, 30 L.Ed.2d 652 (1972); see also Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 292, 50 L.Ed.2d 251 (1976); Gillihan v. Shillinger, 872 F.2d 935, 938 (10th Cir.1989). Quote: We hold pro se pleadings to a less stringent standard than pleadings drafted by attorneys and construe them liberally, un-quote. Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998) (per curiam). The courts have directed that those who are not schooled in law shall have the court look to the substance of the motions, requests, and notices rather than the form.

Jurisdiction.

4. The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law. The Constitution vests federal courts with the authority to hear cases "arising under th[e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5. This Court has jurisdiction because the Plaintiff Cory: Grant is domiciled at Morgan Hill the city, Santa Clara the county, California the state. All of the Defendants are domiciled at Oregon the State.

### For the England/Jennings Reservation.

6. Plaintiff Cory: Grant states that it is his expressed reservation and intent to try matters of federal issue question, and constitutional rights violations in the federal forum, that is, (a) the United States District Court, (b) the United States Circuit Court, (c) the Federal Court of Claims, (d) the United States Tax Court, (e) American Indian Tribal Courts, and/or (f) any other of the 50 or so Federal Courts that would have jurisdiction, either before or at the conclusion of these proceedings, administrative, or otherwise. See Jennings, 531 F.2d 1331.

### Reservation of Rights.

7. Quote: I' reserve my right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I did not enter knowingly, voluntarily, and intentionally. And furthermore, I' do not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankruptcy. I' have reserved my rights under the UCC 1-308, formerly 1-207, and demand the statutes used in this court be construed in harmony with Common Law, un-quote.

The code is complementary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law. The code was written as not to abolish the common law entirely. I was not involved with an international maritime contract, so in good faith, I' deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction. I'm only aware of two jurisdiction the court can operate under as per the Constitution, and those jurisdictions are Common Law, and Admiralty Jurisdiction. If the court chooses to proceed under Admiralty Jurisdiction, I' will need the court to inform me where I' can find the rules of procedures for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

8. Elements for Common Law:

1. Controversy: The listed defendants.

2. Specific Claim: Violation of the A.D.A. and other claims.

3. Specific Remedy Sought by Claimant: $5,500,000.

4. The Claim has a Statement on the Oath and Verification, and I will verify in open court that all herein be true.

**9.** The purported contract is void because the defendants did not provide full disclosure, the contract is extremely deceptive and unconscionable, In re Pearl Maxwell, 281 B.R. 101.

**10.** Detrimental Reliance: Detrimental reliance is a legal concept under the law of contracts. Ordinarily, a valid contract requires a proper exchange of consideration between the parties. The plaintiff alleges facts establishing detrimental reliance.

**11.** Unless enjoined, the plaintiffs will suffer irreparable harm and will not have an adequate remedy at law.

**12.** As a proximate result of the negligent actions of both defendants, the plaintiff has suffered consequential damage and will continue to suffer additional damage in an amount to be fully proved at the time of trial.

**13.** Violation of The Consumer Protection Act: The defendants have engaged in a pattern of unfair practices in violation of the Consumer Protection Act and other Acts, entitling the plaintiff to damages, treble damages and reasonable attorney fees and costs pursuant to the statute.

**14.** Claim for Infliction of Emotional Distress: The defendants have intentionally or negligently taken actions which have caused the plaintiff severe emotional distress

**15.** The Defendants deprived the Plaintiff Cory: Grant with having mediation.

**16.** The listing agreement was presented with trickery, surprise, and false and misleading statements, thereby making the listing agreement void.

**17.** Defendant's made false and misleading statements about the condition of his house.

Relief.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For a declaration of the rights of the parties with respect to the Subject Property.
2. For a temporary restraining order, preliminary injunction, and permanent injunction to prevent Defendants and their agents, servants, and employees, and all persons acting under, in concert with, or for Defendants, from asserting any interest in the Subject Property or otherwise attempting in any manner to dispossess Plaintiff of title to or possession of the Subject Property.
3. For damages according to proof at trial.
4. For costs of suit herein incurred; and
5. For such other relief as the Court may deem just and proper.

Respectfully,

July 27, 2022.      By:   *Cory Grant*
Cory: Grant

Statements on the Oath and Verification of the Complaint of the of Cory: Grant.

1. I' am over the age of 18 years, and I' am a party of this case. I have personal knowledge of the facts stated with this Complaint, this Statement on the Oath, and this Verification.
2. If I' am called as witnesses, I' could and would testify competently to the truth of the facts as stated herein.
3. I' make this Joint Statement on the Oath and Verification of the Complaint under penalty of perjury that the statements herein are true and correct.
4. I executed this Joint Statement on the Oath and Verification of the Complaint on July 27, 2022, at San Jose, California.

By:   *Cory Grant*
Cory: Grant

Page 7 of 7. Complaint for the Violation of the American with Disabilities Act and Other Causes.